UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60127-CIV-GOLD/TURNOFF

THANE INTERNATIONAL, INC.,

   Plaintiff,

v.

LAURIE BRADEN AND LEE SMITH,
d/b/a GLOABL TV CONCEPTS, LTD.,

   Defendants.

v.

WELL BRAIN INTERNATIONAL, LTD,

   Third Party Defendant.
_____/

### ORDER DENYING MOTION AS MOOT; CLARIFYING ORAL ARGUMENT

THIS CAUSE comes before the Court on Defendants' Amended Third Party Complaint [DE 87] filed on October 22, 2007 and Well Brain's Motion to Dismiss the Amended Third Party Complaint [DE 94] filed on November 8, 2007. Having reviewed these pleadings, I have determined that Well Brain's previous Motion to Dismiss [DE 50] the Third Party Complaint should be denied as moot, because Defendants have now filed an Amended Complaint. Therefore, oral argument scheduled on Motion [DE 50] will instead be heard on the new Motion to Dismiss [DE 94] filed by Well Brain. Due to the Court's scheduling conflict, that oral argument will be rescheduled to Thursday, December 6, 2007. Accordingly, it is hereby

   ORDERED AND ADJUDGED that

   1.   Well Brain's Motion to Dismiss [DE 50] is DENIED as moot.

2.  Oral argument on December 7, 2007 is CANCELLED.

2.  Oral argument on Well Brain's Motion [DE 94] and related pleadings will be heard before the undersigned at the United States District Court, Courtroom Ten, Tenth Floor, 301 N. Miami Ave., Miami, Florida, 33128, on **Thursday, December 6, 2007 at 9:30 a.m.**

DONE AND ORDERED in Chambers in Miami, Florida this 21 day of November, 2007.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
All counsel of record